B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re   Daniel Clare Landon, Jr
        Mabel E Landon                          ,        Case No.   18-90447-BHL-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Home Point Financial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone: _____
Last Four Digits of Acct #:  7592

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179
Phone: _____
Last Four Digits of Acct #:  7592

Court Claim # (if known):  15-1
Amount of Claim:  $48,826.10
Date Claim Filed:  06/11/2018

Phone: _____
Last Four Digits of Acct. #:  7592

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date: 09/04/2018
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.